Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 20-61931 RB | **Trustee:** (300370) | Edwin K. Palmer |
| **Case Name:** BEN DAILEY & SON, LLC | **Filed (f) or Converted (c):** | 03/12/21 (c) |
| | **§341(a) Meeting Date:** | 04/06/21 |
| **Period Ending:** 12/31/22 | **Claims Bar Date:** | 10/12/20 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at JP Morgan Chase Bank, N.A., | 2,280.35 | 2,280.35 | | 0.00 | FA |
| 2 | Potential claim in insurance settlement (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| **2** | **Assets**   **Totals**  (Excluding unknown values) | **$2,280.35** | **$2,281.35** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

Follow Craig Perry vs. Patrick Dailey, Fulton County Superior Court No. 2021CV3527772 for possible insurance settlement.

**Initial Projected Date Of Final Report (TFR):**  June 30, 2022        **Current Projected Date Of Final Report (TFR):**  September 30, 2023

Printed: 01/14/2023 04:11 PM     V.20.50