# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In   Debtor(s)
Re:  **Ben Dailey & Son, LLC**
710 Windsor Parkway
Atlanta, GA 30342

Case No.: **20–61931–jwc**
Chapter:  **7**
Judge:  **Jeffery W. Cavender**

**47–0972458**

## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

### Edwin K. Palmer

the Trustee in said case, has filed a report of no distribution and that said Trustee has performed all other and further duties as required in the administration of said estate;

**IT IS THEREFORE ORDERED** that said report be and it hereby is approved and that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged from and relieved of the trust.

Jeffery W. Cavender
United States Bankruptcy Judge

Dated:  September 8, 2023

Form 184

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                      Case No. 20-61931-jwc

Ben Dailey & Son, LLC                                                                       Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2023 | Form ID: 184 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ben Dailey & Son, LLC, 710 Windsor Parkway, Atlanta, GA 30342-2804 |
| aty | + | Shawna Staton, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 22910899 | + | BMC, 3386 Lawrenceville Hwy, Tucker, GA 30084-7138 |
| 22910901 | + | Carolina Lumber, 504 Plasters Avenue NE, Atlanta, GA 30324-4012 |
| 22910902 | | Craig Perry, 650 Moores Mill Road NW, Unit No. 25, Atlanta, GA 30327 |
| 22910903 | + | Dr. Bryce T. Gillespie, 980 Johnson Ferry Road NE, #1020, Atlanta, GA 30342-1609 |
| 22910904 | | GraRoc Contracting, Daniel Graham, 183 Paris Mountain Road, Rockmart, GA 30153 |
| 22910906 | + | James M. Johnson, Esq., One Midtown Plaza, 1360 Peachtree St NE, #1201, Atlanta, GA 30309-3222 |
| 23815305 | | Office of the United States Trustee, 362 Ted Turner Drive, SW, Suite 362, Atlanta, GA 30303 |
| 22910907 | + | On Call Electric, David Arechiga, 2120 Plaster Bridge Rd NE, Atlanta, GA 30324-4015 |
| 22910908 | + | Owen Gleaton et al, Abbey Evans, Paralegal, 303 Peachtree Str, NE; # 2850, Atlanta, GA 30308-3201 |
| 23248805 | + | Owen, Gleaton, Egan, Jones & Sweeney, LLP, Thomas J. Mihill, 303 Peachtree Street, NE, Suite 2850, Atlanta, GA 30308-3271 |
| 22910909 | + | Patrick Dailey, 710 Windsor Parkway, Atlanta, GA 30342-2804 |
| 22910910 | + | Premium Window & Door Inc., Greg Bowen, 1721A Oakbrook Drive, Norcross, GA 30093-1857 |
| 22910911 | | Stone Solutions of Atlanta, PO Box 244021, Atlanta GA 30324-2401 |
| 23665381 | + | U.S. Small Business Administration, 233 Peachtree Street NE, Ste. 300, Atlanta, GA 30303-1553 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 09 2023 09:00:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 22910900 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2023 09:15:05 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 23002138 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2023 09:14:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 23010801 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2023 08:59:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, 2970 MARKET STREET, PHILADELPHIA,PA 19104-5002 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22910905 | ##+ | Hardscape Sealng & Restoration, Marc Nichols, 314 Market Court, Canton, GA 30114-4561 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

District/off: 113E-9                             User: bncadmin                                    Page 2 of 2
Date Rcvd: Sep 09, 2023                          Form ID: 184                                       Total Noticed: 20

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Edwin K. Palmer | ekpalmerlaw@aol.com  GA37@ecfcbis.com;heathermac3@comcast.net |
| Edwin K. Palmer | on behalf of Trustee Edwin K. Palmer ekpalmerlaw@aol.com  GA37@ecfcbis.com;heathermac3@comcast.net |
| James M. Johnson | on behalf of Plaintiff Craig Perry james@johnsontrial.com  admin@johnsontrial.com |
| James M. Johnson | on behalf of Creditor Craig Perry james@johnsontrial.com  admin@johnsontrial.com |
| Paul Reece Marr | on behalf of Debtor Ben Dailey & Son  LLC paul.marr@marrlegal.com, paulrmarr@gmail.com |
| Paul Reece Marr | on behalf of Defendant Ben Dailey & Son  LLC paul.marr@marrlegal.com, paulrmarr@gmail.com |
| Thomas Dworschak | on behalf of U.S. Trustee United States Trustee thomas.w.dworschak@usdoj.gov  ltctommyd@aol.com |
| William Russell Patterson, Jr. | on behalf of Trustee Edwin K. Palmer wrpjr@rbspg.com  mmorian@rbspg.com;astone@rbspg.com |

TOTAL: 8